# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133754

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JERMAINE ALLEN-JOSE UNDERWOOD,
        Defendant-Appellant.

SC: 133754
COA: 265066
Wayne CC: 05-002795-01

_____/

On order of the Court, the application for leave to appeal the March 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

d0830

Clerk